LESTER DESHAZOR #281-119
NBCI
14100 McMullen Highway SW.
Cumberland Md. 21502

To: Honorable Judge J. Fredericks Motz

November 13, 2011 in W.C.I. I filed a lawsuite against a number of officers and co II C. Barb was named in this suite. I underlined his name on (ex. 1. Pg. 4 Of 4 of district court document case 8:11-cv-o3412-RWT.

I informed the warden that I needed to be removed from the jail but due to his deliberate indifferance they kept me in this prison (W.C.I)

December 15, 2016 the warden put me in the building with co II Barb where him and co-worker co II Hedrick planted a weapon on me and beat me up again.

I immediately started the administrative remedy process and the video of them beating me up has been archived. I.I.U. archived it under 16-WC-099/ 16-WC-100 and 16-WC-101 see ex. 2

When they planted this weapon in my cell, officer Hedrick (the officer that helped conduct the cell search) wrote a statement on me saying that I wrote it and in this statement he said I took ownership of this knife. The statement this officer of the law wrote is enclosed (see ex.3) His handwriting looks nothing like mines, And veteran intel officer And I.I.V. confirmed in conclusion of his investigative Report its forged (see ex A. And B)

I first came to prison at the age of 20 years old. The first couple of years I spent in prison was filled with misbehavior due to my immaturity, but I hadn't had a knife charge in 11 years, I don't carry them anymore. Then when this police I filed a law suite on before searches my cell theres a knife found.

After much patience and filing petitions after petition I finally completed the A.R.P process all the way to the I.G.O. I recieved my I.G.O hearing (Oct 17 2018) They dismissed it Jan 8, 2019 of this year.

At this hearing it was disclosed that co II Barb has 3 assaults on inmates, 3 conduct unbecoming of a officer citations, and was a suspect in to other incidents in the jail since hes been working. This officer is a danger to inmates, the security of the institution and his fellow officers.

At the I.G.O. hearing I was allowed to question co II Barb about the statement and he said Hedrick (the officer that claimed I wrote the statement ), he was never in contact with me after the cell search for him to even get a written statement from me.

The police that work this instution knew the allegations that were made against me were fraudulent and dismissed the tickets (see ex.4)

I have appealed the descision of dismissal from the I.G.O hearing via judicial

review.

I had to petition the court to demand them to give me the I.G.O. hearing in a long drawn out process that took 10 months. I suspect I may have to petition the court again to demand that they proceed with the I.G.O. appeal review especially since they will be required to turn over additional incriminating evidence that was submitted at the I.G.O hearing along with the transcript of the hearing.

In December of this year the stature of limitations runs out for me to file 1983. Last time I filed a lawsuite pro se on this officer I didnt make it pass summary judgement and as result remained in jail and was assaulted again.

I'm writing you for #2 reasons: I'm asking If you can assign me pro bono assistance in filing this lawsuite because something needs to be done about this officer and also my safety will be at steak once its filed because I'm basically still in the same prison. After the incident. They just walked me to the prison next door N.B.C.I. you can "litteraly" throw a rock from W.C.I. and hit N.B.C.I. (the jail I'm in now)

I've been suffering all types of retaliation from this, but they have been smart enough to leave no evidence to base any type of claim or complaint I could possibly file on it.

You know when the I.I.U. investigates incidents in here it's basically the jail investigating itself. The lead investigater assigned to my case use to work with these officers for years before becoming employed in the internal investigative division. He was lieutenant of the building the police beat me up in. This wasn't thoroughly investigated and still alot of inculpatory evidence surfaced that was against them.

If you assign counsel and a seperate entity investigates you'll see I didn't lie about what they done to me in my A.R.P complaint that you might fine rather disturbing. What they done to me they do to prisoners all the time for entertainment and are going to kill somebody else eventually.

Several officers will lose there job once this comes to light.

I need professional help and to be tramsferred out of this region once this lawsuite is filed   I'm humbly asking with the utmost respect for your help in this situation.

Lester Deshazor

*Lester Deshazor*